UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62216-CIV-MARRA/MATTHEWMAN

LIVING COLOR ENTERPRISES, INC., a
Florida corporation,

    Plaintiff,

vs.

NEW ERA AQUACULTURE, LTD., a
United Kingdom Private limited company;
AQUA-TECH CO., an Illinois corporation;
JOHN T. O'ROURKE, an individual; and
DANIEL LEYDEN, an individual,

    Defendants.
_____/

**PLAINTIFF'S, LIVING COLOR ENTERPRISES, INC.,
MOTION FOR ENTRY OF COURT'S DEFAULT AGAINST
DEFENDANT, NEW ERA AQUACULTURE, LTD.**

    Plaintiff, Living Color Enterprises, Inc. ("Living Color"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 55, hereby moves this Honorable Court for the entry of a Default against Defendant, New Era Aquaculture, Ltd., and as grounds therefore would state:

    1.    On July 16, 2015 this Court entered an Order [D.E. 91] Granting Motion(s) to Withdraw as Counsel for Defendant, New Era Aquaculture, Ltd. [D.E. 84 & D.E. 85] in this action requiring Defendant, New Era Aquaculture, Ltd. to secure counsel to represent it within thirty (30) days (i.e. August 17, 2015).

    2.    More than thirty (30) days have passed and no appearance has been made on behalf of Defendant, New Era Aquaculture, Ltd. in this action.

3. Accordingly, Living Color requests the Court enter a default against Defendant, New Era Aquaculture, Ltd. due to its failure to secure counsel to represent it within thirty (30) days of the Order.

WHEREFORE, Plaintiff, Living Color Enterprises, Inc., prays this Court enter a Default against Defendant, New Era Aquaculture, Ltd. and award such further relief as the Court deems proper and just.

Dated: August 28, 2015

### CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned has been unable to confer with New Era Aquaculture, Ltd because they have no record counsel.

Respectfully submitted,

/s/ Vijay G. Brijbasi
Lori L. Heyer-Bednar
Florida Bar No. 768170
Vijay G. Brijbasi, Esq.
Florida Bar No. 15037
Ilona I. Katrus, Esq.
Florida Bar No. 41249
**ROETZEL & ANDRESS, LPA**
350 Las Olas Blvd., Suite 1150
Fort Lauderdale, FL 33301
Tel.: (954) 766-2731
Fax: (954) 462-4260
E-mail: vbrijbasi@ralaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF*.  I also certify that the foregoing is being served this day upon all counsel of record or *pro se* parties identified in the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by *CM/ECF* or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Charles W. Gerdes, Esq.
Keane, Reese, Vesely & Gerdes, P.A.
770 2nd Avenue South
St. Petersburg, FL 33701
Tel:  (727) 823-5000
Fax: (727) 894-1023
E-mail: cgerdes@krv-lawfirm.com
*Counsel for Defendants, Aqua-Tech Co. and Daniel Leyden*
**(*VIA CM/ECF*)**

John T. O'Rourke
902 West 4th Street
#357
Charlotte, NC 28202
jtorourk@hotmail.com
*Defendant, Pro Se*
**(*VIA EMAIL & U.S. MAIL*)**

New Era Aquaculture, Ltd.
3b Coulman Street
Thorne, DN8 5JS
United Kingdom
*Defendant*
**(*VIA U.S. MAIL*)**

/s/ Vijay G. Brijbasi
Vijay G. Brijbasi, Esq.
Florida Bar No. 15037

9703626 _1